HOWARD B. GROBSTEIN
6300 Canoga Ave., Suite 1500W
Woodland Hills, California 91367
Telephone:  (818) 532-1020
Facsimile:   (818) 532-1120
Email:    hbgtrustee@gtllp.com

Financial Advisors with Respect to Valuation for
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**CUSTOM BLINDS AND COMPONENTS, INC., a California Corporation**<br><br><br><br>Debtor and Debtor-in-Possession. | Case No.: 6:18-bk-10621-SY<br><br>Chapter 11<br><br>**NOTICE OF REFUND TO REORGANIZED DEBTOR**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE; AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on April 1, 2019, Grobstein Teeple, LLP issued a refund of $495.25 to Custom Blinds and Components, Inc., a California Corporation (the "Debtor").

Please find submitted herewith check number 3475 in the amount of $495.25 representing overpayment received by Grobstein Teeple, LLP in its capacity as Financial Advisors to the Debtor.

On November 15, 2018, Grobstein Teeple, LLP filed its *First and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP* (the "Application") [Dkt #225]. Subsequently, on November 21, 2018 the *Stipulation Between United States Trustee and Grobstein Teeple, LLP Re First and Final Application of Grobstein Teeple, LLP as Financial Advisors with Respect to Valuation for the Debtor and Debtor-in-Possession for Compensation and*

*Reimbursement of Expenses* (the "Stipulation") [Dkt. No. 228] was filed with the Court.

The Debtor's payment to Grobstein Teeple, LLP did not reflect the fee reduction outlined in the Stipulation. As such, a refund to the Debtor was necessary.

The fees requested pursuant to the Application and Stipulation, total fees paid, and resulting overpayment are summarized as follows:

| Professional | Application Period | Fees Requested | Total Fees Paid | Overpayment |
|---|---|---|---|---|
| Financial Advisors with Respect to Valuation for Debtor and Debtor-in-Possession<br><br>Grobstein Teeple, LLP<br>6300 Canoga Avenue, Suite 1500W<br>Woodland Hills, California 91367 | Total to be Allowed on a Final Basis for Fee Period<br><br>(04/18/18 – 11/15/18) | $21,448.25 | $21,943.50 | ($495.25) |

DATED: April 2, 2019

By: _____
HOWARD B. GROBSTEIN
Financial Advisor with Respect to Valuation for
Debtor and Debtor-in-Possession

**GROBSTEIN TEEPLE, LLP**
1 VENTURE SUITE 250
IRVINE, CA 92618
PH. 949-381-5655

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
90-7162/3222

3475

PAY TO THE ORDER OF Custom Blinds & Components, Inc.    $ 495.25

Four Hundred Ninety Five and 25/100    DOLLARS

MEMO refund of final fees

AUTHORIZED SIGNATURE

⑊003475⑊

GROBSTEIN TEEPLE, LLP    3475

GROBSTEIN TEEPLE, LLP    3475

PRODUCT DLT104    USE WITH 91663 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

31 C0359C SLXRX5 08/22/2016 13:06